# IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF GEORGIA
## MACON DIVISION

| | |
|---|---|
| VIVIAN FULWOOD,<br><br>      Plaintiff,<br><br>v.<br><br>WALMART INC. and WAL-MART STORES EAST, LP,<br><br>      Defendants. | Civil Action No.:<br><br>5:21-cv-00458-CAR |

## STIPULATION OF DISMISSAL

COME NOW, Plaintiff Vivian Fulwood and Defendants Walmart Inc. and Wal-Mart Stores East, LP, by and through their respective undersigned counsel, and hereby stipulate to the **DISMISSAL** of this case **WITH PREJUDICE**, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), each party bearing its own attorney's fees and costs. The Parties further request that the Clerk of Court mark this case as **CLOSED**.

[*Signature Page Follows*]

Respectfully submitted, this 22nd day of September, 2023.

| COOPER, BARTON & COOPER, LLP | CONSTANGY, BROOKS, SMITH & PROPHETE, LLP |
|---|---|
| *(signature)* <br> KENNETH E. BARTON III <br> Georgia Bar No. 301171 <br> 170 College Street <br> Macon, Georgia 31201 <br> (478) 841-9007 <br> keb@cooperbarton.com | /s/ Timothy R. Newton <br> TIMOTHY R. NEWTON <br> Georgia Bar No. 542200 <br> 230 Peachtree Street, N.W., Suite 2400 <br> Atlanta, Georgia 30303-1557 <br> (404) 525-8622 <br> tnewton@constangy.com <br><br> PATRICIA-ANNE BROWNBACK <br> Georgia Bar No. 564294 <br> 577 Mulberry St., Suite 710 <br> Macon, GA 31201 <br> (478) 750-8600 <br> pbrownback@constangy.com |
| Attorney for Plaintiff | Attorneys for Defendant |

**CERTIFICATE OF SERVICE**

This is to certify that I have this day served the foregoing STIPULATION OF DISMISSAL to the Clerk of Court using the CM/ECF system, which will automatically send electronic mail notification of such filing to the following counsel of record, who is/are CM/ECF participant(s):

| | |
|---|---|
| Timothy R. Newton, Esq. | Patricia-Anne Brownback, Esq. |
| Constangy, Brooks, Smith & Prophete, LLP | Constangy, Brooks, Smith & Prophete, LLP |
| 230 Peachtree Street, Suite 2400 | 577 Mulberry Street, Suite 710 |
| Atlanta, Georgia 30303-1557 | Macon, Georgia 31201 |
| tnewton@constangy.com | pbrownback@constangy.com |

*Attorneys for Defendants*

This 22nd day of September, 2023.

KENNETH E. BARTON III
Georgia Bar No. 301171
*Attorney for Plaintiff*

COOPER, BARTON & COOPER, LLP
170 College Street
Macon, Georgia 31201
(478) 841-9007 telephone
(478) 841-9002 facsimile
keb@cooperbarton.com